UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                          CASE NO: 2:13-cr-100-FtM-38CM

KIUGLER MEDINA ROMERO
_____

## ORDER

This matter comes before the Court on review of the docket.   The Court notes that Yoel Molina, counsel for Defendant Romero, has continued to file requests to appear telephonically at the status conferences *ex parte*, even though the Court has previously stricken such designation (Doc. #56).  A review of the previous *ex parte* motions to appear telephonically shows that such designation is not appropriate.   If counsel is unable to contact the Government to obtain their consent to the motion prior to its filing, this should be indicated in the motion.   Such circumstances do not warrant a motion to be filed *ex parte*.

The Court will direct the Clerk to remove all previous *ex parte* designations.   In the future, any requests to designate a motion *ex parte* must be filed with the Court.

Accordingly, it is now **ORDERED:**

The Clerk of Court is directed to remove the "*ex parte*" designation from Docs. #70, 71, and 81, and place such entries in the public record.

**DONE AND ORDERED** at Fort Myers, Florida, this February 10, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  Counsel of Record